## Charles Shemaitis, Appellant, v. Robert P. Collins, Stephen Love, and Allied Storage Warehouse, Incorporated, Appellees.

Gen. No. 45,854.

Robert R. Mix, for appellant; Stephen Love, for appellees. Opinion by JUSTICE NIEMEYER. **Not to be published in full.** Opinion filed December 8, 1952; released for publication December 23, 1952.